MICHAEL N. MILLS (SB #191762)
michael.mills@stoel.com
SHANNON L. MORRISSEY (SB #307144)
shannon.morrissey@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Fax: (916) 447-4781

Attorneys for Defendant
Press Forge Company

Gideon Kracov (State Bar No. 179815)
gk@gideonlaw.net
801 South Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Tel: (213) 626-2071

Arthur S. Pugsley, IV (State Bar No. 252200)
arthur@lawaterkeeper.org
Melissa Kelly (State Bar No. 300817)
melissa@lawaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Tel: (310) 394-6162

Attorneys for Plaintiff
Los Angeles Waterkeeper

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRESS FORGE COMPANY, a corporation,<br><br>Defendant. | Case No. 2:17-CV-02228-JFW(PLAx)<br><br>**ORDER TO SHOW CAUSE RE: LODGING OF [PROPOSED] CONSENT DECREE**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Courtroom: 7A<br>Judge: Hon. John F. Walter |

| | |
|---|---|
| 1 | WHEREAS, the Court has reviewed the Joint Notice of Settlement and |
| 2 | Request to Set OSC Re: Lodging of [Proposed] Consent Decree submitted by |
| 3 | the parties; |
| 4 | WHEREAS, the settlement is contingent upon (i) the expiration of the |
| 5 | federal regulatory agencies' 45-day review period of the [Proposed] Consent |
| 6 | Decree as required by the federal Clean Water Act, 33 U.S.C. § 1365(c) and |
| 7 | 40 C.F.R. § 135.5 and (ii) entry of the [Proposed] Consent Decree by the Court; |
| 8 | WHEREAS, no order disposing of this action may be entered prior to the |
| 9 | expiration of the federal regulatory agencies' 45-day review period; and |
| 10 | WHEREAS, the regulatory agencies' review period will end on or about |
| 11 | April 13, 2018. |
| 12 | NOW THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY |
| 13 | ORDERED THAT: |

1. An Order to Show Cause re: Lodging of the [Proposed] Consent Decree is set for April 23, 2018, 2018 at 1:30 p.m.

2. Appearance will not be necessary and the Order to Show Cause will be discharged if the [Proposed] Consent Decree is lodged with the Court at least one day before the hearing.

3. All other deadlines in this action are vacated.

IT IS SO ORDERED.

Date: February 20, 2018

_____
Hon. John F. Walter
United States District Judge