MICHAEL N. MILLS (SB #191762)
michael.mills@stoel.com
SHANNON L. MORRISSEY (SB #307144)
shannon.morrissey@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Fax: (916) 447-4781

Attorneys for Defendant
Press Forge Company

Gideon Kracov (State Bar No. 179815)
gk@gideonlaw.net
801 South Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Tel: (213) 626-2071

Arthur S. Pugsley, IV (State Bar No. 252200)
arthur@lawaterkeeper.org
Melissa Kelly (State Bar No. 300817)
melissa@lawaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Tel: (310) 394-6162

Attorneys for Plaintiff
Los Angeles Waterkeeper

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRESS FORGE COMPANY, a corporation,<br><br>Defendant. | Case No. 2:17-CV-02228-JFW(PLAx)<br><br>**JOINT NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE AND REQUEST FOR ENTRY**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Courtroom: 7A<br>Judge: Hon. John F. Walter |

TO THE HONORABLE COURT:

On February 20, 2018, Plaintiff Los Angeles Waterkeeper ("Plaintiff") and Defendant Press Forge Company ("Defendant," and with Plaintiff collectively, the "Parties") jointly notified the Court of the settlement of this federal Clean Water Act matter. *See* ECF Doc. No. 27. The Parties further advised the Court that, as required by the Clean Water Act and its implementing regulations, Plaintiff had submitted the [Proposed] Consent Decree to the Administrator of the United States Environmental Protection Agency ("EPA"), the Regional Administrator of the EPA and the United States Attorney General Citizen Suit Coordinator (collectively "the Agencies") for the Agencies' required 45-day review under 33 U.S.C. § 1365(c) and 40 C.F.R. § 135.5.

The Court has set April 23, 2018 at 1:30 p.m. for a hearing on an Order to Show Cause re: Entry of the [Proposed] Consent Decree. *See* ECF Doc. No. 28.

On April 16, 2018, the Agencies notified the Court and the Parties that they had reviewed the [Proposed] Consent Decree and that they did not object to entry of the [Proposed] Consent Decree. *See* ECF Doc. No. 29.

The [Proposed] Consent Decree is lodged herewith for the Court's consideration and requested entry on page 24. Among other things, the [Proposed] Consent Decree ¶¶ 11, 17-18 requires Defendant to implement stormwater best management practices at its facility that are designed to meet applicable water quality standards for stormwater run-off. The [Proposed] Consent Decree also includes a request in ¶ 38 that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

/ / /

1  The Parties respectfully request that the Court enter the [Proposed] Consent
2  Decree.

| | |
|---|---|
| DATED: April 16, 2018 | STOEL RIVES LLP |
| | By: /s/ per L.R. 5-4.3.4<br>MICHAEL N. MILLS<br>SHANNON L. MORRISSEY<br>ATTORNEYS FOR DEFENDANT<br>PRESS FORGE COMPANY |
| DATED: April 16, 2018 | LAW OFFICE OF GIDEON KRACOV |
| | GIDEON KRACOV<br>Attorney for Plaintiff LOS ANGELES WATERKEEPR |

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# **PROOF OF SERVICE**

1

2  I, Gideon Kracov, being duly sworn, deposes and says:

3

4

5  I am a citizen of the United States and work in Los Angeles County, California.  I am over the age of eighteen years and am not a party to the within entitled action.  My business address is: 801 S. Grand Ave., 11th Fl., LA, CA 90017.  On 4/16/18, I served this list of persons with the following document(s):

6

7

8  **Notice Lodging and Request to Enter Proposed Consent Decree; Proposed Consent Decree**

9  The document(s) was served on:

10  MICHAEL N. MILLS (SB #191762)
michael.mills@stoel.com
11  SHANNON L. MORRISSEY (SB #307144)
12  shannon.morrissey@stoel.com
STOEL RIVES LLP
13  500 Capitol Mall, Suite 1600
Sacramento, CA  95814
14

15  ATTORNEYS FOR Defendant PRESS FORGE

16  _X_        by transmitting via electronic mail the document(s) listed above to the e-mail addresses set forth herein on this date.

17

18         I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.
19

20         Executed this 4/16, 2018 at Los Angeles, California

21

22

23                                                       *Gideon Kracov* (signature)

24                                                       _____

25                                                            **Gideon Kracov**

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

–2–